IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TY INC., | |
| Plaintiff, | Civil Action No.: |
| v. | Judge: |
| JENKINS ENTERPRISES, INC. and GOFFA INTERNATIONAL CORPORATION, | Magistrate Judge: |
| Defendants. | |

**01C 0191   ORIGINAL**

DOCKETED
JAN 1 0 2001

JUDGE LEINENWEBER

MAGISTRATE JUDGE ASHMAN

## COMPLAINT AND DEMAND FOR JURY

Plaintiff, Ty Inc. ("Ty"), for its Complaint, states as follows:

## JURISDICTION AND VENUE

1.      This is an action for copyright infringement brought under the copyright laws of the
United States, 17 U.S.C. § 101 *et seq.*, as well as trade dress infringement brought under section
43(a) of the Lanham Act, 15 U.S.C. § 1125(a). This action is also for unfair competition brought
under the Lanham Act, 15 U.S.C. § 1051 *et seq.,* and for common law unfair competition under the
laws of the State of Illinois.  Jurisdiction is predicated upon 28 U.S.C. §§ 1331 and 1338(a) and (b).
Venue is proper under 28 U.S.C. § 1391(b) and (c), and § 1400(a).

-1-

## THE PARTIES

2.      Ty is a Delaware corporation with its principal place of business in Westmont, Illinois.  Ty is a leading manufacturer of plush animal toys.

3.      Ty owns the exclusive copyrights to numerous soft sculptures marketed as BEANIE BABIES® plush toys, including the copyrights to "Ty Inc. Teddy #4050," VA 679-764 ("New Face Teddy") and "Ty Inc. Halo #4208," VA 894-736 ("Halo").

4.      Upon information and belief and after a reasonable opportunity for further investigation and/or discovery, there is likely to be evidentiary support that Defendant Jenkins Enterprises, Inc. ("JENKINS") is an Arkansas corporation with its principal place of business in North Little Rock, Arkansas.   Jenkins advertises, distributes, sells and offers to sell plush toys that infringe Ty's Plush Toys as described below, and has sold these infringing plush toys to customers in this District.

5.      Upon information and belief and after a reasonable opportunity for further investigation and/or discovery, there is likely to be evidentiary support that Defendant Goffa International Corporation ("GOFFA") is a New York corporation operating a business in Long Island City, New York.  GOFFA imports, advertises, manufactures, distributes, sells and/or offers to sell plush animals that infringe Ty's Plush Toys as described below, and these infringing plush toys have been sold to consumers in this district.

6.      Defendant GOFFA was sued previously in this district by Ty Inc. for copyright infringement and related causes of action arising from GOFFA's acts in manufacturing and selling infringing plush toys (civil action No. 97 C 5163, hereinafter the "Previous Litigation").   The Previous Litigation terminated with the entry of a Final Consent Decree that prohibited GOFFA from

manufacturing infringing copies of various Ty Inc. plush toys at issue in the Previous Litigation. The Ty Inc. plush toys (and corresponding infringing plush toys) that are the subject of this Complaint are different from the Ty Inc. plush toys (and corresponding infringing plush toys) that were the subject of the Previous Litigation.

## STATEMENT OF FACTS

### Ty's Ownership of Copyrights Relating
### To Its BEANIE BABIES® Line of Plush Toys

7. In approximately November of 1993, Ty began creating and selling original plush animals under the registered trademarks BEANIE BABIES® and THE BEANIE BABIES COLLECTION®.

8. Ty owns the copyrights to and has obtained copyright registrations from the United States Copyright Office for the items in its BEANIE BABIES® line of plush toys, including "Ty Inc. Teddy #4050," VA 679-764 and "Ty Inc. Halo #4208, " VA 894-736 (hereinafter collectively "Ty's Plush Toys").

9. The U.S. Certificates of Copyright Registration for Ty's Plush Toys are attached as **Exhibit A**. Photographs of Ty's Plush Toys and Defendants' infringing plush toys are attached as **Exhibit B**.

10. Ty's Plush Toys are original soft sculptures, created by Ty before the publication date on the copyright registration for each such toy, and each toy comprises copyrightable subject matter under the copyright laws of the United States.

11. Ty's Plush Toys, in addition to being protected by copyright, have design features that are non-functional and inherently distinctive or have acquired secondary meaning. These design

-3-

features are recognized by consumers as indicating plush animals originating with Ty and are therefore Ty's protectable trademarks and trade dress.

12.     Since their introduction and continuing to date, Ty's BEANIE BABIES® plush toys have enjoyed tremendous success in the marketplace, and have become Ty's leading product line. Ty has sold over 1 billion BEANIE BABIES® toys since their introduction in November 1993.

13.     Ty's line of plush bears (which includes Ty's New Face Teddy and Halo plush toys) has been particularly popular among consumers.

### Defendant's Tortious Acts

14.     Defendant GOFFA is violating Ty's copyright rights by manufacturing, importing, distributing, selling, and/or offering for sale plush bears that are substantially similar to Ty's Plush Toys.

15.     Defendant JENKINS is violating Ty's copyright rights by selling, offering for sale, displaying and/or distributing plush bears that are substantially similar to Ty's Plush Toys.

16.     Photographs of the infringing plush bears sold by Defendants are depicted in **Exhibit B** (hereinafter collectively "Accused Plush Bears").

17.     Defendants are not licensed by Ty, and at all relevant times were not authorized by Ty or any authorized agent of Ty to display, distribute, sell, offer for sale, manufacture, import, and/or reproduce Ty's Plush Toys, or any other product in Ty's BEANIE BABIES® line of plush toys.  Defendants are currently engaged in such unauthorized conduct and, unless enjoined by this Court, will continue such conduct.

18.     Defendants have incorporated the distinctive design features of Ty's Plush Toys into the Accused Plush Bears.

19.     Upon information and belief after a reasonable opportunity for further investigation and/or discovery, there is likely to be evidentiary support that Defendants had knowledge of and access to Ty's Plush Toys before manufacturing, importing, distributing, selling, and/or offering for sale the Accused Plush Bears.

20.     Upon information and belief after a reasonable opportunity for further investigation and/or discovery, there is likely to be evidentiary support that Defendants' infringement of Ty's Plush Toys has been willful and deliberate and will continue to Ty's irreparable harm unless enjoined by this Court.

## COUNT I

### Copyright Infringement

21.     Paragraphs 1-20 are incorporated herein by reference

22.     Ty has complied in all respects with Title 17 of the United States Code, secured the exclusive rights and privileges in and to the above-referenced copyrights, and in compliance with the law has received from the Register of Copyrights the appropriate Certificates of Registration, which constitute prima facie evidence of the validity of the copyrights and of the facts stated in the certificates.

23.     After the date of registration of the above-referenced copyrights, and continuing to date, Defendants have infringed the aforesaid copyrights in Ty's Plush Toys by manufacturing, importing, displaying, distributing, selling, and/or offering for sale, without Plaintiff's consent, the Accused Plush Bears, which are copies of, are substantially similar to, and infringe Ty's Plush Toys, in violation of 17 U.S.C. §§106 and 501.

24.     Upon information and belief, after a reasonable opportunity for further investigation or discovery, there is likely to be evidentiary support that said conduct by Defendants was and is willfully done with knowledge of Ty's copyrights.

25.     Ty has no adequate remedy at law. Defendant's infringing conduct has caused and, if not enjoined, will continue to cause irreparable injury to Ty. Ty is entitled to injunctive relief and damages.

**COUNT II**

**<u>Trade Dress Infringement</u>**

26.     Paragraphs 1-25 are incorporated herein by reference.

27.     Ty's Plush Toys incorporate design features which are inherently distinctive or have acquired secondary meaning and are non-functional.

28.     The Accused Plush Bears have non-functional design features that are confusingly similar to the non-functional design features of Ty's Plush Toys and are confusingly similar to Ty's Plush Toys.

29.     Defendants, by their acts alleged herein, did and are continuing to falsely advertise and designate the origin or are marketing the Accused Plush Bears in a manner calculated to lead the public to believe that the Accused Plush Bears emanate from, or are sponsored by, or are approved by Ty, and thereby have confused and are likely to continue to confuse the public as to the origin of the Accused Plush Bears in violation of the Lanham Act § 43(a), 15 U.S.C. § 1125(a).

30.     After a reasonable opportunity for further investigation or discovery, there is likely to be evidentiary support to show that there has been actual confusion by the public between the Accused Plush Bears and Ty's Plush Toys.

31.    After a reasonable opportunity for further investigation and discovery, there is likely to be evidentiary support that said conduct by Defendants was and is willful and intentional.

32.    By reason of Defendants' acts as alleged above, Ty has suffered and will continue to suffer damage and injury to its business reputation and goodwill, and will sustain serious loss of revenue and profits in an indeterminate amount.

33.    Unless enjoined by this Court, Defendants will continue to commit the acts complained of herein, all to the immediate and irreparable harm of Ty.  Consequently, Ty has no adequate remedy at law.

**COUNT III**

**Unfair Competition and Deceptive Trade Practices**

34.    Paragraphs 1-33 are incorporated herein by reference.

35.    Defendants have, and on information and belief intend to continue to, willfully engage in unfair competition and deceptive trade practices under federal law and the common law of the State of Illinois by their unauthorized use of Ty's trade dress, as well as trade dress confusingly similar thereto.

36.    By reason of Defendants' acts as alleged above, Ty has suffered and will continue to suffer damage and injury to its business, reputation and goodwill and will sustain serious loss of revenues and profits in an indeterminate amount.

37.    Unless enjoined by this Court, Defendants will continue to do the acts complained of herein all to the irreparable harm of Ty.  Ty has no adequate remedy at law.

## COUNT IV

### State Unfair Competition

38.     Paragraphs 1-37 are incorporated herein by reference.

39.     The aforesaid acts of Defendants constitute deceptive trade practices in violation of the Illinois Uniform Deceptive Trade Practices Act, 815 Ill. Comp. Stat. 510/1 *et seq.* and the Illinois Consumer Fraud and Deceptive Practices Act, 815 Ill. Comp. Stat. 505/1 *et seq.*

40.     By reason of Defendants' acts as alleged above, Ty has suffered and will continue to suffer damages and injury to its business, reputation and goodwill and will sustain serious loss to the distinctive quality of its famous marks.

41.     Unless enjoined by this court, Defendants will continue to do the acts complained of herein to the irreparable harm of Ty. Ty has no adequate remedy at law.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that this Court:

A.      Declare that Defendants have infringed Ty's copyrights in Ty's Plush Toys.

B.      Declare that Defendants have infringed Ty's trade dress rights as set forth under 15 U.S.C. § 1051 *et seq.*

C.      Order that Defendants and all their employees, servants, agents, distributors and persons in active concert with them be temporarily during the pendency of this action and permanently thereafter enjoined from displaying, advertising, promoting, selling or offering for sale,

-8-

or otherwise distributing plush toys that are confusingly similar to Ty's Plush Toys or otherwise infringing Ty's trade dress rights and other proprietary rights.

D.     Order that, pursuant to 17 U.S.C. § 502, Defendants and all their employees, servants, agents, distributors and persons in active concert with them be enjoined, temporarily while this action is pending and permanently thereafter, from reproducing, copying, displaying, advertising, promoting, importing, selling or offering for sale, or otherwise distributing the Accused Plush Bears or otherwise infringing Ty's copyrights.

E.     Order Defendants to immediately require their customers, distributors, authorized dealers, and the like, to cease and desist all advertising, marketing, offering for sale and selling of the Accused Plush Bears.

F.     Order Defendants to recall from their customers, distributors, authorized dealers, and the like, all copies or reproductions of the Accused Plush Bears and all promotional and marketing materials therefor.

G.     Order, pursuant to 17 U.S.C. § 503, the impounding for destruction of all copies or reproductions of Defendant's Accused Plush Bears, all patterns and other means for producing such copies, and all advertisements and promotional literature therefor.

H.     Order an accounting of Defendants' profits and award Plaintiff its actual and/or statutory damages, including increased damages for willful violation.

I.     Award Plaintiff monetary relief in an amount to be fixed by the Court in its discretion as just, including:

(1)     All profits received by Defendants from sales and revenues of any kind made as a result of its infringing actions; and

    (2)    All damages sustained by Plaintiff as a result of Defendants' acts of infringement, and that such damages be trebled.

    J.    Award Plaintiff, pursuant to 17 U.S.C. § 505, interest, costs, and attorney's fees.

    K.    Award Plaintiff such other and further relief as this Court deems just and appropriate.

## JURY DEMAND

Plaintiff demands trial by jury of all counts and claims triable to a jury.

Respectfully submitted,

Dated: January 10, 2001

A. Sidney Katz (01411853)
James P. White (03001032)
Laurie A Haynie (06195230)
J. Aron Carnahan (06242642)
WELSH & KATZ, LTD.
120 South Riverside Plaza, 22nd Floor
Chicago, Illinois 60606
(312) 655-1500

Counsel for Plaintiff Ty Inc.

# EXHIBIT A

# CERTIFICATE OF REGISTRATION
Additional Certificate (~ U.S.C. 706)

**FORM VA**
a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

**VA 679-764**

EFFECTIVE DATE OF REGISTRATION

Dec 15 1994
Month / Day / Year

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼ — NATURE OF THIS WORK ▼ See instructions

Ty Inc. Teddy #4050 Poseable Bear — Soft Sculpture

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work** ▼

If published in a periodical or serial give: Volume ▼ | Number ▼ | Issue Date ▼ | On Pages ▼ 38

**2 a** NAME OF AUTHOR ▼

Ty Warner

DATES OF BIRTH AND DEATH
Year Born ▼ 1944 | Year Died ▼

Was this contribution to the work a "work made for hire"?
[ ] Yes
[X] No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? [ ] Yes [X] No
Pseudonymous? [ ] Yes [X] No

If the answer to either of these questions is "Yes," see detailed instructions

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer...

NATURE OF AUTHORSHIP Check appropriate boxes). **See instructions**
[X] 3-Dimensional sculpture
[ ] 2-Dimensional artwork
[ ] Reproduction of work of art
[ ] Design on sheetlike material
[ ] Map
[ ] Photograph
[ ] Jewelry design
[ ] Technical drawing
[ ] Text
[ ] Architectural work

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ | Year Died ▼

Was this contribution to the work a "work made for hire"?
[ ] Yes
[ ] No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? [ ] Yes [ ] No
Pseudonymous? [ ] Yes [ ] No

If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Check appropriate boxes). **See instructions**
[ ] 3-Dimensional sculpture
[ ] 2-Dimensional artwork
[ ] Reproduction of work of art
[ ] Design on sheetlike material
[ ] Map
[ ] Photograph
[ ] Jewelry design
[ ] Technical drawing
[ ] Text
[ ] Architectural work

**3 a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
1994 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month ▶ Nov Day ▶ 5 Year ▶ 1994
USA ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Ty Warner
PO Box 5377
Oakbrook IL 60522

APPLICATION RECEIVED
DEC. 15. 1994
ONE DEPOSIT RECEIVED
DEC. 15. 1994
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

*DO NOT WRITE HERE OFFICE USE ONLY*

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ? pages

EXAMINED

CHECKED BY

☐ CORRESPONDENCE
   Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼        **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

See instructions
before completing
this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                    **Account Number** ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/ZIP ▼

Ty WARNER
Po Box 5377
OakBRook IL 60522

Be sure to
give your
daytime phone
◄ number

Area Code and Telephone Number ▶   708-495-1515

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▼
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of
          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Ty WARNER                                    Date▶ 12/15/94

Handwritten signature (X) ▼

**MAIL
CERTIFI-
CATE TO**

Name ▼
Ty WARNER

Number/Street/Apt ▼
Po Box 5377

City/State/ZIP ▼
OakBRook IL 60522

**Certificate
will be
mailed in
window
envelope**

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material
**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

The Copyright Office
has the authority to ad-
just fees at 5-year inter-
vals, based on changes
in the Consumer Price
Index. The next adjust-
ment is due in 1996.
Please contact the
Copyright Office after
July 1995 to determine
the actual fee schedule.

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500

July 1993—300,000   ♲ PRINTED ON RECYCLED PAPER                                    ☆U.S. GOVERNMENT PRINTING OFFICE: 1993-342-582/80,021

# CERTIFICATE OF REGISTRATION



**UNITED STATES COPYRIGHT OFFICE**
**THE LIBRARY OF CONGRESS**

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE
REGI



**VA 894-736**

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|-------|-----|------|
| 10 | 13 | 98 |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

TY INC. HALO #4208

**NATURE OF THIS WORK ▼** See instructions

Soft Sculpture

**PREVIOUS OR ALTERNATIVE TITLES. ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the
collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

## 2

**a** **NAME OF AUTHOR ▼**

Ty Inc.

**DATES OF BIRTH AND DEATH**
Year Born▼   Year Died▼

Was this contribution to the work a
"work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
{ Domiciled in ▶ U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

If the answer to either
of these questions is
"Yes," see detailed
instructions.

**NOTE**

Under the law, the "author" of a work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**

☒ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work
☐ Design on sheetlike material

**b** **NAME OF AUTHOR▼**

**DATES OF BIRTH AND DEATH**
Year Born▼   Year Died ▼

Was this contribution to the work a
"work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

If the answer to either
of these questions is
"Yes," see detailed
instructions

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**

☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work
☐ Design on sheetlike material

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
1998 **◀ Year** This information must be given ONLY if this work has been published.

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ October   Day ▶ *1   Year ▶ 1998   **◀ Nation**

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as
the author given in space 2▼

Ty Inc.
P.O. Box 5377
Oak Brook, IL 60522

See instructions
before completing
this space

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in
space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

**APPLICATION RECEIVED**
OCT 13 1998
ONE DEPOSIT RECEIVED

**RECEIVED**
DOCKETING
TWO DEPOSITS RECEIVED
OCT 13 1998
FUNDS RECEIVED
MAR 2 3 1999
By:

Due Date: **DO NOT WRITE HERE**

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK** ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
▶ • See detailed instructions. ▶ • Sign the form at line 8.

Page 1 of 2 pages

Added by CO by authority of |one call with
Julie Katz of Ty Inc. on 12-29-98.

EXAMINED BY

FORM VA

CHECKED BY

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box)
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number ▼**          **Year of Registration ▼**

**5**

**DERIVATIVE WORK OR**          Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material      Identify any preexisting work or works that this work is based on or incorporates.

b. Material Added to This Work    Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.

**6**

See instructions
before completing this
space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                              Account Number▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP

Julie A. Katz, Esq.
Welsh & Katz, Ltd.
120 South Riverside Plaza, 22nd Floor
Chicago, IL 60606

Be sure to
give your
daytime phone
number

Area Code and Telephone Number   ▶   **(312) 655-1500**

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   Ty Inc.
          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Julie A. Katz                                                    Date ▶ 10/ /98

Handwritten signature (X) ▼

**MAIL
CERTIFI-
CATE TO**

Name ▼
Julie A. Katz, Esq., Welsh & Katz, Ltd.
Number/Street/Apt
120 South Riverside Plaza, 22nd Floor
City/State/ZIP
Chicago, IL 60606

Certificate
will be
mailed in
window
envelope

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**9**

17 U.S.C. section 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in
connection with the application, shall be fined not more than $2,500.

Legalsoft, 1994

# EXHIBIT   B



TY'S HALO PLUSH TOY



DEFENDANTS' INFRINGING PLUSH TOY



TY'S TEDDY PLUSH TOY



DEFENDANTS' INFRINGING PLUSH TOY

JS 44
(Rev. 11/95)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**

TY INC.

JAN 1 0 2001

**DEFENDANTS**

JENKINS ENTERPRISES, INC.
and
GOFFA INTERNATIONAL CORPORATION

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF   DuPage
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

01C 0191

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) A. Sidney
Katz, James P. White, Laurie A. Haynie, and
J. Aron Carnahan, WELSH & KATZ, LTD.,
120 South Riverside Plaza - 22nd Fl. Chicago,
IL  60606  (312) 655-1500

ATTORNEYS (IF KNOWN)

JUDGE LEINENWEBER

MAGISTRATE JUDGE ASHMAN

**BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ U.S. Government Plaintiff
- ☒ Federal Question (U.S. Government Not a Party)
- ☐ U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☒ Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☒ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 690 Other |  | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
|  | ☐ 380 Other Personal Property Damage |  | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | ☐ 385 Property Damage Product Liability |  | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation / ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 220 Foreclosure / ☐ 442 Employment | **Habeas Corpus:** | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Lease & Ejectment / ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 240 Torts to Land / ☐ 444 Welfare | ☐ 535 Death Penalty |  |  |  |
| ☐ 245 Tort Product Liability / ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other |  |  |  |
| ☐ 290 All Other Real Property | ☐ 550 Civil Rights |  |  |  |

**CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Copyright infringement pursuant to 17 U.S.C. §101 et seq., trade dress infringement pursuant to 15 U.S.C. §1125(a), unfair competition pursuant to 15 U.S.C. §1051 et seq. and common law unfair competition under the laws of the State of Illinois

**REQUESTED IN COMPLAINT:**
CHECK IF THIS IS A **CLASS ACTION** ☐ UNDER F.R.C.P. 23

**DEMAND $** Amount to be determined

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ YES  ☐ NO

**RELATED CASE(S) IF ANY** (See instructions):
JUDGE _____  DOCKET NUMBER _____

DATE 1/8/01

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

In the Matter of    TY INC.  v. JENKINS et al

**01C    0191**

Case Number

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

TY INC.

JUDGE LEINENWEBER

MAGISTRATE JUDGE ASHMAN

JAN 1 0 2001

| (A) | (B) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME  A. Sidney Katz | NAME  James P. White |
| FIRM  WELSH & KATZ, LTD. | FIRM  WELSH & KATZ, LTD. |
| STREET ADDRESS  120 S. Riverside Plaza – 22nd Floor | STREET ADDRESS  120 S. Riverside Plaza – 22nd Floor |
| CITY/STATE/ZIP  Chicago, Illinois  60606 | CITY/STATE/ZIP  Chicago, Illinois  60606 |
| TELEPHONE NUMBER  (312) 655-1500 | TELEPHONE NUMBER  (312) 655-1500 |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)  01411853 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)  03001032 |

| (A) | YES | NO | | (B) | YES | NO | |
|---|---|---|---|---|---|---|---|
| MEMBER OF TRIAL BAR? | ☒ | ☐ | | MEMBER OF TRIAL BAR? | ☒ | ☐ | |
| TRIAL ATTORNEY? | ☒ | ☐ | | TRIAL ATTORNEY? | ☒ | ☐ | |
| | | | | DESIGNATED AS LOCAL COUNSEL? | ☐ | ☒ | |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME  Laurie A. Haynie | NAME  J. Aron Carnahan |
| FIRM  WELSH & KATZ, LTD. | FIRM  WELSH & KATZ, LTD. |
| STREET ADDRESS  120 S. Riverside Plaza – 22nd Floor | STREET ADDRESS  120 S. Riverside Plaza – 22nd Floor |
| CITY/STATE/ZIP  Chicago, Illinois  60606 | CITY/STATE/ZIP  Chicago, Illinois  60606 |
| TELEPHONE NUMBER  (312) 655-1500 | TELEPHONE NUMBER  (312) 655-1500 |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)  06195230 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)  06242642 |

| (C) | YES | NO | | (D) | YES | NO | |
|---|---|---|---|---|---|---|---|
| MEMBER OF TRIAL BAR? | ☐ | ☒ | | MEMBER OF TRIAL BAR? | ☐ | ☒ | |
| TRIAL ATTORNEY? | ☐ | ☒ | | TRIAL ATTORNEY? | ☐ | ☒ | |
| DESIGNATED AS LOCAL COUNSEL? | ☐ | ☒ | | DESIGNATED AS LOCAL COUNSEL? | ☐ | ☒ | |